## Hood, Appellant, *v*. Norton.

Argued Jan. 23, 1892. Appeal, No. 112, Jan T., 1901, by plaintiff, from orders of C. P. No. 1, Phila. Co., June T., 1892, M. L. D. 208, making absolute rules to strike off names of terre-tenants and to set aside the service of scire facias on terre-tenants in case of James Hood to the use of Joseph V. McCloskey v. Albert E. Norton, Edward Mayne or Mayer, Robert Irwin, W. B. Russell, Henry Tatnall, Adelia B. Frescolm, Jacob F. Kammerer, Amelia J. Lyle, Mary J. Robinson, John McKennon and Leon H. F. Folz. Before McCollum, C. J., Mitchell, Dean, Fell, Brown, Mestrezat and Potter, JJ. Affirmed.

Opinion by Mr. Justice Brown, March 24, 1902:

The questions raised on this appeal have been considered and passed upon in the case of Hood to the use of McCloskey v. Albert E. Norton et al., January term, 1901, No. 111, and, for the reasons stated in the opinion in that case, this day filed, the order of the court below is affirmed, with costs.

---

## Hood, Appellant, *v*. Norton.

Argued Jan. 23, 1892. Appeal, No. 113, Jan. T., 1901, by plaintiff, from orders of C. P. No. 1, Phila. Co., June T., 1892, M. L. D. 209, making absolute rules to strike off names of terre-tenants and to set aside the service of scire facias on terre-tenants in case of James Hood to use of Joseph McCloskey v. Albert E. Norton, Sallie W. Howes, Louisa E. Smith, Ellery B. Folger, Henry Tatnall, Howard B. Arrison and Mary E. Hughes. Before McCollum, C. J., Mitchell, Dean, Fell, Brown, Mestrezat and Potter, JJ. Affirmed.

Opinion by Mr. Justice Brown, March 24, 1902:

The questions raised on this appeal have been considered and

passed upon in the case of Hood to the use of McCloskey v. Albert E. Norton et al., January term, 1901, No. 111, and, for the reasons stated in the opinion in that case, this day filed, the order of the court below is affirmed, with costs.

---

# Hood, Appellant, v. Norton.

Argued Jan. 23, 1892. Appeal, No. 114, Jan. T., 1901, by plaintiff, from orders of C. P. No. 1, Phila. Co., June T., 1892, M. L. D. 210, making absolute rules to strike off names of terre-tenants and to set aside the service of scire facias on terre-tenants in case of James Hood to use of Joseph V. McCloskey v. Albert E. Norton, Mary S. Chain, Executrix of Hugh Chain, Jr., J. Catherwood Robinson, Lydia Smith, Augustus Sommers and Emma McClellan. Before McCollum, C. J., Mitchell, Dean, Fell, Brown, Mestrezat and Potter, JJ. Affirmed.

Opinion by Mr. Justice Brown, March 24, 1902:

The questions raised on this appeal have been considered and passed upon in the case of Hood to the use of McCloskey v. Albert E. Norton et al., January term, 1901, No. 111, and, for the reasons stated in the opinion in that case, this day filed, the order of the court below is affirmed, with costs.

---

# Taylor, Appellant, v. Beatty.

*Master and servant—Presumption of periodical payments—Wages—Housekeeper.*

A person is a servant within the ruling that her services were presumed to have been periodically paid where it appeared that after she had entered her employer's service she complained that the place was lonely, that he thereupon agreed to pay her at the rate of $5.00 a week for an indefinite term of service, that she remained in the employment for seven years, that she worked about the house, did the cleaning, tended the house, cooked occasionally, tended defendant's bar, helped to do washing and ironing, and nursed her employer when he was ill. In such a case it is immaterial that